## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

In re: SALETA WAGNER

Case No:  4:20-bk-10444 J

### OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 109(h) The debtor has failed to obtain credit counseling

2.  11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

3.  11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor testified that her employer has changed.  The Trustee would require the filing of an amended budget to reflect these changes.

4.  11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  6/16/2020

/s/  Jack W Gooding

_____
CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/16/2020, with sufficient postage to assure delivery to the following:

Saleta Wagner
612 Oakley Lane
Jacksonville, Ar  72076

Brian C Wilson - Electronically by ECF

/s/  Jack W Gooding

_____
CHAPTER 13 TRUSTEE

APW

APW