IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: Saleta Wagner

CASE NO: 4:20-bk-10444 J                                                Chapter 13

## MOTION TO DISMISS

COMES now Jack W Gooding, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an order was entered on 8/6/2020 requiring the debtor to file a modification to the plan and submit documentation to the Trustee within 28 days.

2. As of this date, the Trustee has not been served with the modified plan nor the required documentation, neither has the debtor requested an extension of time within which to submit such modification and documentation.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date: 09/11/2020

/s/  Jack W Gooding

Jack W Gooding,
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 9/11/2020, with sufficient postage to assure delivery to the following:

Saleta Wagner
612 Oakley Lane
Jacksonville, AR  72076

Brian C Wilson - Electronically by ECF

/s/  Jack W Gooding

Jack W Gooding,
Standing Chapter 13 Trustee